**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-30952 | AJC | Judge: | A. Jay Cristol | Trustee Name: | DREW M. DILLWORTH, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | JCT FINANCIAL LLC | | | | Date Filed (f) or Converted (c): | 07/22/2010 (f) |
| | | | | | 341(a) Meeting Date: | 10/20/2010 |
| For Period Ending: | 06/30/2016 | | | | Claims Bar Date: | 01/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking (operating) Bank Account, Account No. end | 1.39 | 0.00 | | 0.00 | FA |
| 2. Laptop computer, desktop computer and monitor Loca | 115.00 | 0.00 | | 0.00 | FA |
| 3. Laptop computer Location: c/o Juan R. Schmidt 4140 | 75.00 | 0.00 | | 0.00 | FA |
| 4. Trustee vs. America Express Travel Related Svc   (u) | 0.00 | 50,000.00 | | 50,000.00 | FA |
| 5. Litigation against former Officers and Related Par (u) | 0.00 | 2,300,000.00 | | 2,300,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $191.39         $2,350,000.00         $2,350,000.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

General Counsel employed on 10/8/10 ECF 17
Soneet Kapila, CPA employed 12/7/10 ECF 23
No tax returns due -- LLC
Trustee investigating avoidance actions
Trustee Filed two avoidance actions.
Trustee settled action against American Express for $50,000
Court denies defendants' motion to dismiss action against former officers;
Trustee is attempting to schedule mediation of remaining adversary against former officers;

RE PROP #        4    --    Adv #12-1241
RE PROP #        5    --    Dillworth v. Joseph Umbach et al., 12-1803-AJC-A

Initial Projected Date of Final Report (TFR): 12/31/2012        Current Projected Date of Final Report (TFR): 06/30/2017

Trustee Signature:        /s/ DREW M. DILLWORTH, TRUSTEE        Date: 07/28/2016

DREW M. DILLWORTH, TRUSTEE
150 W. FLAGLER STREET
22ND FLOOR
MIAMI, FL 33130
(305) 789-3598
ddillworth@stearnsweaver.com

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-30952 | | Trustee Name: | DREW M. DILLWORTH, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JCT FINANCIAL LLC | | Bank Name: | Bank of Kansas City |
| | | | Account Number/CD#: | XXXXXX3699 |
| | | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1197 | | Blanket Bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 06/30/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/09/12 | 4 | AMERICAN EXPRESS TRAVEL Related Services 2401 W. Behrend Dr. Ste 55, MC-24-01-17 Phoenix, AZ 85027 | Settlement of Adv 12-1241 | 1249-000 | $50,000.00 | | $50,000.00 |
| 11/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $38.73 | $49,961.27 |
| 12/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $55.31 | $49,905.96 |
| 01/16/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $57.09 | $49,848.87 |
| 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $57.03 | $49,791.84 |
| 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $66.88 | $49,724.96 |
| 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $73.95 | $49,651.01 |
| 04/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEES | 2600-000 | | $71.45 | $49,579.56 |
| 05/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $73.69 | $49,505.87 |
| 06/28/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $71.20 | $49,434.67 |
| 07/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $73.47 | $49,361.20 |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $73.36 | $49,287.84 |
| 09/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $70.89 | $49,216.95 |
| 10/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $73.15 | $49,143.80 |
| 11/13/13 | 3001 | COMMON GROUND MEDIATION, INC. 6574 N. State Rd. 7 #338 Coconut Creek, FL 33073 | Order dated 11/8/13 ECF 46 | 3721-000 | | $1,237.50 | $47,906.30 |
| 11/29/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $69.97 | $47,836.33 |
| 12/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $71.09 | $47,765.24 |

Page Subtotals:  $50,000.00   $2,234.76

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-30952  
Case Name: JCT FINANCIAL LLC  
Taxpayer ID No: XX-XXX1197  
For Period Ending: 06/30/2016  

Trustee Name: DREW M. DILLWORTH, TRUSTEE  
Bank Name: Bank of Kansas City  
Account Number/CD#: XXXXXX3699  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $135,654,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $70.99 | $47,694.25 |
| 02/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $64.02 | $47,630.23 |
| 03/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $70.79 | $47,559.44 |
| 04/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $68.40 | $47,491.04 |
| 05/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $70.58 | $47,420.46 |
| 06/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $68.20 | $47,352.26 |
| 07/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $70.37 | $47,281.89 |
| 08/29/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $70.27 | $47,211.62 |
| 09/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $67.90 | $47,143.72 |
| 10/09/14 | 5 | MEDMARC CASUALTY INSURANCE CO. 14280 Park Meadow Dr.Suite 300Chantilly, VA 20151-2219 | Order dated 10/6/14 ECF 54 | 1249-000 | $400,000.00 | | $447,143.72 |
| 10/16/14 | 3002 | MCMAHON, ESQ., PAUL J. 2840 SW 3 Ave.Miami, FL 33129 | Order dated 10/6/14 ECF 54 | 3220-610 | | $1,969.12 | $445,174.60 |
| 10/16/14 | 3003 | MCMAHON, ESQ., PAUL J. 2840 SW 3 Ave.Miami, FL 33129 | Order dated 10/6/14 ECF 54 | 3220-000 | | $66,666.66 | $378,507.94 |
| 10/16/14 | 3004 | KOZYAK TROPIN & THROCKMORTON, LLP 2525 Ponce De Leon Blvd.9th FloorMiami, FL 33134 | Order dated 10/6/014 ECF 54 | 3220-610 | | $2,203.54 | $376,304.40 |
| 10/16/14 | 3005 | KOZYAK TROPIN & THROCKMORTON, LLP 2525 Ponce De Leon Blvd.9th FloorMiami, FL 33134 | Order dated 10/6/014 ECF 54 | 3220-000 | | $66,666.67 | $309,637.73 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $291.66 | $309,346.07 |

Page Subtotals: $400,000.00  $138,419.17

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 10-30952 | Trustee Name: DREW M. DILLWORTH, TRUSTEE |
| Case Name: JCT FINANCIAL LLC | Bank Name: Bank of Kansas City |
| | Account Number/CD#: XXXXXX3699 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX1197 | Blanket Bond (per case limit): $135,654,000.00 |
| For Period Ending: 06/30/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $444.94 | $308,901.13 |
| 12/17/14 | 3006 | KAPILAMUKAMAL 1000 S. Federal Hwy#200 Ft. Lauderdale, FL 33316 | Order dated 12/4/14 ECF 65 | 3410-000 | | $14,387.84 | $294,513.29 |
| 12/17/14 | 3007 | KAPILAMUKAMAL 1000 S. Federal Hwy#200 Ft. Lauderdale, FL 33316 | Order dated 12/4/14 ECF 65 | 3420-000 | | $237.08 | $294,276.21 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $452.80 | $293,823.41 |
| 01/21/15 | 3008 | KAPILAMUKAMAL 1000 S. Federal Hwy#200 Ft. Lauderdale, FL 33316 | Order dated 1/16/15 ECF 69 | 3410-000 | | $101,921.12 | $191,902.29 |
| 01/21/15 | 3009 | KAPILAMUKAMAL 1000 S. Federal Hwy#200 Ft. Lauderdale, FL 33316 | Order dated 1/16/15 ECF 69 | 3420-000 | | $3,894.38 | $188,007.91 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $411.34 | $187,596.57 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $251.84 | $187,344.73 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $278.45 | $187,066.28 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $269.06 | $186,797.22 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $277.63 | $186,519.59 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $268.28 | $186,251.31 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $276.82 | $185,974.49 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $276.41 | $185,698.08 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $267.09 | $185,430.99 |
| 10/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $275.60 | $185,155.39 |

Page Subtotals: $0.00   $124,190.68

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No: | 10-30952 | Trustee Name: | DREW M. DILLWORTH, TRUSTEE |
| Case Name: | JCT FINANCIAL LLC | Bank Name: | Bank of Kansas City |
| | | Account Number/CD#: | XXXXXX3699 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1197 | Blanket Bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 06/30/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $266.31 | $184,889.08 |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $274.80 | $184,614.28 |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $273.64 | $184,340.64 |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $255.60 | $184,085.04 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $272.85 | $183,812.19 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $263.66 | $183,548.53 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $272.06 | $183,276.47 |
| 06/17/16 | 5 | JCT-Grenada Funding, LLC 525 S. Flagler Dr. Ste 100 West Palm Beach, FL 33401 | Order dated 5/31/16 ECF 94 | 1249-000 | $1,900,000.00 | | $2,083,276.47 |
| 06/22/16 | 3011 | MCMAHON, ESQ., PAUL J. The Wiseheart Building 2840 SW Third Ave.Miami, FL 33129 | Order dated 5/31/16 EF 94 Reversal Incorrect amount. Was supposed to be for expenses. | 3991-000 | | ($320,907.72) | $2,404,184.19 |
| 06/22/16 | 3013 | KOZYAK TROPIN & THROCKMORTON, LLP 2525 Ponce De Leon Blvd.9th FloorMiami, FL 33134 | Order dated 5/31/16 ECF 94 Reversal Incorrect amount. Copied incorrectly. | 3220-000 | | ($66,666.67) | $2,470,850.86 |
| 06/22/16 | 3010 | MCMAHON, ESQ., PAUL J. The Wiseheart Building 2840 SW Third Ave.Miami, FL 33129 | Order dated 5/31/16 EF 94 | 3991-000 | | $320,907.72 | $2,149,943.14 |
| 06/22/16 | 3011 | MCMAHON, ESQ., PAUL J. The Wiseheart Building 2840 SW Third Ave.Miami, FL 33129 | Order dated 5/31/16 EF 94 | 3991-000 | | $320,907.72 | $1,829,035.42 |

Page Subtotals: $1,900,000.00    $256,119.97

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-30952 | Trustee Name: | DREW M. DILLWORTH, TRUSTEE |
|---|---|---|---|
| Case Name: | JCT FINANCIAL LLC | Bank Name: | Bank of Kansas City |
| | | Account Number/CD#: | XXXXXX3699 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1197 | Blanket Bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 06/30/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/22/16 | 3012 | MCMAHON, ESQ., PAUL J.<br>The Wiseheart Building<br>2840 SW Third Ave. Miami, FL 33129 | Order dated 5/31/16 EF 94 | 3992-000 | | $4,241.06 | $1,824,794.36 |
| 06/22/16 | 3013 | KOZYAK TROPIN & THROCKMORTON, LLP<br>2525 Ponce De Leon Blvd.9th Floor Miami, FL 33134 | Order dated 5/31/16 ECF 94 | 3220-000 | | $66,666.67 | $1,758,127.69 |
| 06/22/16 | 3014 | KOZYAK TROPIN & THROCKMORTON, LLP<br>2525 Ponce De Leon Blvd.9th Floor Miami, FL 33134 | Order dated 5/3/16 ECF 94 | 3210-000 | | $356,736.53 | $1,401,391.16 |
| 06/22/16 | 3015 | KOZYAK TROPIN & THROCKMORTON, LLP<br>2525 Ponce De Leon Blvd.9th Floor Miami, FL 33134 | Order dated 5/3/16 ECF 94 | 3220-000 | | $40,069.86 | $1,361,321.30 |
| 06/23/16 | 3010 | MCMAHON, ESQ., PAUL J.<br>The Wiseheart Building<br>2840 SW Third Ave. Miami, FL 33129 | Order dated 5/31/16 EF 94 Reversal<br>Check was issued for the incorrect amount. Was supposed to be issued for $316,666.66 | 3991-000 | | ($320,907.72) | $1,682,229.02 |
| 06/23/16 | 3014 | KOZYAK TROPIN & THROCKMORTON, LLP<br>2525 Ponce De Leon Blvd.9th Floor Miami, FL 33134 | Order dated 5/3/16 ECF 94 Reversal<br>Check was issued for the incorrect amount. Was supposed to be issued for $316.666.67. | 3210-000 | | ($356,736.53) | $2,038,965.55 |
| 06/23/16 | 3016 | Kozyak Tropin & Throckmorton, LLP<br>2525 Ponce De Leon Blvd.<br>9th Floor<br>Coral Gables, FL 33134 | Order dated 5/31/16 ECF 94 | 3210-000 | | $316,666.67 | $1,722,298.88 |
| 06/23/16 | 3017 | Paul J. McMahon, Esq.<br>The Wiseheart Building<br>2840 SW Third Ave.<br>Miami, FL 33129 | Order dated 5/3/16 ECF 94 | 3991-000 | | $316,666.66 | $1,405,632.22 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $840.08 | $1,404,792.14 |

Page Subtotals: $0.00  $424,243.28

| | | |
|---|---:|---:|
| COLUMN TOTALS | $2,350,000.00 | $945,207.86 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,350,000.00 | $945,207.86 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,350,000.00 | $945,207.86 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3699 - Checking Account (Non-Interest Earn | $2,350,000.00 | $945,207.86 | $1,404,792.14 |
|  | $2,350,000.00 | $945,207.86 | $1,404,792.14 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $2,350,000.00 |
| Total Gross Receipts: | $2,350,000.00 |

Trustee Signature:   /s/ DREW M. DILLWORTH, TRUSTEE    Date: 07/28/2016

DREW M. DILLWORTH, TRUSTEE  
150 W. FLAGLER STREET  
22ND FLOOR  
MIAMI, FL 33130  
(305) 789-3598  
ddillworth@stearnsweaver.com

Page Subtotals:    $0.00    $0.00