# UNITED STATES BANKRUPTCY COURT
SOUTHERN **DISTRICT OF** FLORIDA
MIAMI **DIVISION**

In re: §
§
JCT FINANCIAL LLC § Case No. 10-30952
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DREW M. DILLWORTH, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 191.39
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants: 838,195.97

Claims Discharged
Without Payment: NA

Total Expenses of Administration: 1,511,804.03

3) Total gross receipts of $ 2,350,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 2,350,000.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,511,804.03 | 1,511,804.03 | 1,511,804.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,813,994.98 | 3,838,947.30 | 3,838,947.30 | 838,195.97 |
| **TOTAL DISBURSEMENTS** | $ 3,813,994.98 | $ 5,350,751.33 | $ 5,350,751.33 | $ 2,350,000.00 |

4)  This case was originally filed under chapter 7 on  07/22/2010 .  The case was pending for 83 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/22/2017                By:/s/DREW M. DILLWORTH, TRUSTEE
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Litigation against former Officers and Related Par | 1249-000 | 2,300,000.00 |
| Trustee vs. America Express Travel Related Svc | 1249-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,350,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JCT-Grenada Funding, LLC 250 Royal Palm Way Suite 201 Palm Beach, FL 33480 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DREW M. DILLWORTH | 2100-000 | NA | 93,750.00 | 93,750.00 | 93,750.00 |
| DREW M. DILLWORTH | 2200-000 | NA | 534.89 | 534.89 | 534.89 |
| BANK OF KANSAS CITY | 2600-000 | NA | 10,461.93 | 10,461.93 | 10,461.93 |
| Paul McMahon Trust Account | 2990-000 | NA | 43,882.31 | 43,882.31 | 43,882.31 |
| STEARNS WEAVER MILLER ET. AL. | 3110-000 | NA | 61,150.50 | 61,150.50 | 61,150.50 |
| STEARNS WEAVER MILLER ET. AL. | 3120-000 | NA | 968.05 | 968.05 | 968.05 |
| KOZYAK TROPIN & THROCKMORTON, P.A. | 3210-600 | NA | 383,333.34 | 383,333.34 | 383,333.34 |
| Paul J. McMahon | 3210-600 | NA | 383,333.32 | 383,333.32 | 383,333.32 |
| KOZYAK TROPIN & THROCKMORTON, P.A. | 3220-610 | NA | 42,273.40 | 42,273.40 | 42,273.40 |
| Paul J. McMahon | 3220-610 | NA | 6,210.18 | 6,210.18 | 6,210.18 |
| KAPILA & COMPANY | 3410-000 | NA | 127,401.40 | 127,401.40 | 127,401.40 |
| KAPILA MUKAMAL | 3410-000 | NA | 351,692.00 | 351,692.00 | 351,692.00 |
| KAPILA & COMPANY | 3420-000 | NA | 3,894.38 | 3,894.38 | 3,894.38 |
| KAPILA MUKAMAL | 3420-000 | NA | 1,680.83 | 1,680.83 | 1,680.83 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COMMON GROUND MEDIATION, INC. | 3721-000 | NA | 1,237.50 | 1,237.50 | 1,237.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,511,804.03 | $ 1,511,804.03 | $ 1,511,804.03 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services Inc. PO Box 361403 Columbus, OH 43236 | | 1,697.32 | NA | NA | 0.00 |
| | Artemio Valencia Delgado Cdla. Alborada 7ma. Etapa, Mz.707 Villa No. 1 Guayaquil, Ecuador, NA | | 10,000.00 | NA | NA | 0.00 |
| | Artemio Valencia Delgado Cdla. Alborada 7ma. Etapa, Mz.707 Villa No. 1 Guayaquil, Ecuador, NA | | 8,000.00 | NA | NA | 0.00 |
| | Artemio Valencia Delgado Cdla. Alborada 7ma. Etapa, Mz.707 Villa No. 1 Guayaquil, Ecuador, NA | | 7,000.00 | NA | NA | 0.00 |
| | Cesar E. Roman G. & Germania Lopez R. Almeida 324 e H. Pinto (Quito Tenis) Quito, Ecuador, NA | | 40,000.00 | NA | NA | 0.00 |
| | Cesar E. Roman G. & Germania Lopez R. Almeida 324 e H. Pinto (Quito Tenis) Quito, Ecuador, NA | | 50,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cintas Document Management PO Box 633842 Cincinnati, OH 45263 | | 347.70 | NA | NA | 0.00 |
| | COYSBURG INVESTMENTS S. A. c/o Aleman, Codero, Galindo & Lee Calle 3 Este Marbella, Torre Swiss Bank Panama, Panama, NA | | 250,000.00 | NA | NA | 0.00 |
| | Emilio Ginatta Higgins Av. V.E. Estrada 419 Guayaquil, Ecuador, NA | | 90,000.00 | NA | NA | 0.00 |
| | Fausto H. Sanchez 600 Grapetree Drive. 11CS Key Biscayne, FL 33149 | | 200,000.00 | NA | NA | 0.00 |
| | Fausto H. Sanchez 600 Grapetree Drive. 11CS Key Biscayne, FL 33149 | | 50,000.00 | NA | NA | 0.00 |
| | Gemstar International, Inc. C/O Morgan & Morgan Tore MMG, Piso 16 Calle 53 Este Panama, Panama, NA | | 100,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gilmore Development, Inc C/O Morgan & Morgan Tore MMG, Piso 16 Calle 53 Este Panama, Panama, NA | | 150,000.00 | NA | NA | 0.00 |
| | Hector San Andres Pesantez Urbanizaci  n El R  o, Villa 97-A, Km. Samborondon, ECUADOR, NA | | 100,000.00 | NA | NA | 0.00 |
| | HRB Capital, LLC 1000 Brickell Avenue, Suite 1020 Miami, FL 33131 | | 275,000.00 | NA | NA | 0.00 |
| | Jaime Cordero Araujo &/o Rita Almeida Duchicela 18-86 y Monterey Riobamba, Ecuador, NA | | 140,000.00 | NA | NA | 0.00 |
| | Jaime Perez Azua Cdla. Colinas de los Ceibos, Ave. 1ra. N Guayaquil, Ecuador, NA | | 25,000.00 | NA | NA | 0.00 |
| | Kenia Cobe  a de Cevallos Av. Cesar Ruperti y Calle Espa  a Bahia de Caraquez, Ecuador, NA | | 56,308.12 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mauricio Ceballos or Alicia de Ceballos Calle 2da. No. 102 Urb. Los Olivos Guayaquil, Ecuador, NA | | 300,000.00 | NA | NA | 0.00 |
| | Mauricio Ceballos or Alicia de Ceballos Calle 2da. No. 102 Urb. Los Olivos Guayaquil, Ecuador, NA | | 200,000.00 | NA | NA | 0.00 |
| | Oswaldo Mu  oz a/o Elsie Lopez de Mu Noruega 117 y 6 de Diciembre Edf. Noruega, 4to Piso Quito, Ecuador, NA | | 269,140.44 | NA | NA | 0.00 |
| | Oswaldo Mu  oz a/o Elsie Lopez de Mu Noruega 117 y 6 de Diciembre Edf. Noruega, 4to Piso Quito, Ecuador, NA | | 243,000.00 | NA | NA | 0.00 |
| | Oswaldo Mu  oz a/o Elsie Lopez de Mu Noruega 117 y 6 de Diciembre Edf. Noruega, 4to Piso Quito, Ecuador, NA | | 94,228.74 | NA | NA | 0.00 |
| | Oswaldo Mu  oz a/o Elsie Lopez de Mu Noruega 117 y 6 de Diciembre Edf. Noruega, 4to Piso Quito, Ecuador, NA | | 200,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Oswaldo Mu oz a/o Elsie Lopez de Mu Noruega 117 y 6 de Diciembre Edf. Noruega, 4to Piso Quito, Ecuador, NA | | 150,000.00 | NA | NA | 0.00 |
| | Tomas Cordero Araujo a/o Veronica Corder Avenida Coru a H31-199 y Whymper Edificio Genova, Dpto.801 Quito, Ecuador, NA | | 100,000.00 | NA | NA | 0.00 |
| | Tomas Cordero Araujo a/o Veronica Corder Avenida Coru a H31-199 y Whymper Edificio Genova, Dpto.801 Quito, Ecuador, NA | | 130,000.00 | NA | NA | 0.00 |
| | Westwood Capital Markets Calle 50 Edif Credicorp Bank Piso No. 27 Oficina 2701 Panama, Panama, NA | | 424,272.66 | NA | NA | 0.00 |
| | Westwood Capital Markets Calle 50 Edif Credicorp Bank Piso No. 27 Oficina 2701 Panama, Panama, NA | | 150,000.00 | NA | NA | 0.00 |
| 7 | ANDRES SCHMIDT | 7100-000 | NA | 250,000.00 | 250,000.00 | 57,929.01 |
| 10 | ARTEMIO VALENCIA DELGADO | 7100-000 | NA | 8,000.00 | 8,000.00 | 1,853.73 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | ARTEMIO VALENCIA DELGADO | 7100-000 | NA | 10,000.00 | 10,000.00 | 2,317.16 |
| 9 | ARTEMIO VALENCIA DELGADO | 7100-000 | NA | 7,000.00 | 7,000.00 | 1,622.01 |
| 5 | CESAR E. ROMAN G. & GERMANIA LOPEZ | 7100-000 | NA | 100,000.00 | 100,000.00 | 23,171.60 |
| 14 | EMILIO GINATTA HIGGINS | 7100-000 | NA | 90,000.00 | 90,000.00 | 20,854.44 |
| 2 | FAUSTO H. SANCHEZ | 7100-000 | NA | 286,500.00 | 286,500.00 | 66,386.64 |
| 13 | GEMSTAR INTERNATIONAL, INC. | 7100-000 | NA | 100,000.00 | 100,000.00 | 23,171.60 |
| 12 | GILMORE DEVELOPMENT, INC | 7100-000 | NA | 150,000.00 | 150,000.00 | 34,757.41 |
| 6 | HECTOR OSWALDO MUNOZ TERAN | 7100-000 | NA | 956,369.18 | 956,369.18 | 0.00 |
| 3 | HECTOR SAN ANDRES OR PATRICIA DE, I | 7100-000 | NA | 100,000.00 | 100,000.00 | 23,171.60 |
| 20 | JAIME CORDERO ARAUJO AND | 7100-000 | NA | 140,000.00 | 140,000.00 | 32,440.25 |
| 19 | JAIME PEREZ AZUA | 7100-000 | NA | 25,000.00 | 25,000.00 | 5,792.90 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MARIA DE LOURDES MUNOZ LOPEZ | 7100-000 | NA | 221,606.08 | 221,606.08 | 221,606.08 |
| 22 | MAURICIO J. CEBALLOS ESCALA | 7100-000 | NA | 500,000.00 | 500,000.00 | 115,858.03 |
| 21 | TOMAS CORDERO ARAUJO AND | 7100-000 | NA | 230,000.00 | 230,000.00 | 53,294.69 |
| 4 | WESTWOOD CAPITAL MARKETS | 7100-000 | NA | 560,350.43 | 560,350.43 | 129,842.18 |
| 15 | KENIA COBE A DE CEVALLOS | 7100-001 | NA | 50,000.00 | 50,000.00 | 11,585.80 |
| 18 | KENIA COBENA DE CEVALLOS & | 7100-001 | NA | 54,121.61 | 54,121.61 | 12,540.84 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 3,813,994.98 | $ 3,838,947.30 | $ 3,838,947.30 | $ 838,195.97 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-30952 | AJC | Judge: | A. Jay Cristol | Trustee Name: | DREW M. DILLWORTH, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | JCT FINANCIAL LLC | | | | Date Filed (f) or Converted (c): | 07/22/2010 (f) |
| | | | | | 341(a) Meeting Date: | 10/20/2010 |
| For Period Ending: | 05/22/2017 | | | | Claims Bar Date: | 01/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Checking (operating) Bank Account, Account No. end | 1.39 | 0.00 | | 0.00 | FA |
| 2.  Laptop computer, desktop computer and monitor Loca | 115.00 | 0.00 | | 0.00 | FA |
| 3.  Laptop computer Location: c/o Juan R. Schmidt 4140 | 75.00 | 0.00 | | 0.00 | FA |
| 4.  Trustee vs. America Express Travel Related Svc  (u) | 0.00 | 50,000.00 | | 50,000.00 | FA |
| 5.  Litigation against former Officers and Related Par (u) | 0.00 | 2,300,000.00 | | 2,300,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $191.39          $2,350,000.00                    $2,350,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

General Counsel employed on 10/8/10 ECF 17
Soneet Kapila, CPA employed 12/7/10 ECF 23
No tax returns due -- LLC
Trustee investigating avoidance actions
Trustee Filed two avoidance actions.
Trustee settled action against American Express for $50,000
Court denies defendants' motion to dismiss action against former officers;
Trustee is attempting to schedule mediation of remaining adversary against former officers;

RE PROP #          4  --  Adv #12-1241
RE PROP #          5  --  Dillworth v. Joseph Umbach et al., 12-1803-AJC-A

Initial Projected Date of Final Report (TFR): 12/31/2012          Current Projected Date of Final Report (TFR): 06/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-30952

Case Name: JCT FINANCIAL LLC

Taxpayer ID No: XX-XXX1197

For Period Ending: 05/22/2017

Trustee Name: DREW M. DILLWORTH, TRUSTEE

Bank Name: BOK Financial

Account Number/CD#: XXXXXX3699

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $135,654,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/09/12 | 4 | AMERICAN EXPRESS TRAVEL Related Services2401 W. Behrend Dr.Ste 55, MC-24-01-17Phoenix, AZ 85027 | Settlement of Adv 12-1241 | 1249-000 | $50,000.00 | | $50,000.00 |
| 11/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $38.73 | $49,961.27 |
| 12/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $55.31 | $49,905.96 |
| 01/16/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $57.09 | $49,848.87 |
| 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $57.03 | $49,791.84 |
| 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $66.88 | $49,724.96 |
| 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $73.95 | $49,651.01 |
| 04/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEES | 2600-000 | | $71.45 | $49,579.56 |
| 05/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $73.69 | $49,505.87 |
| 06/28/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $71.20 | $49,434.67 |
| 07/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $73.47 | $49,361.20 |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $73.36 | $49,287.84 |
| 09/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $70.89 | $49,216.95 |
| 10/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $73.15 | $49,143.80 |
| 11/13/13 | 3001 | COMMON GROUND MEDIATION, INC. 6574 N. State Rd. 7#338Coconut Creek, FL 33073 | Order dated 11/8/13 ECF 46 | 3721-000 | | $1,237.50 | $47,906.30 |
| 11/29/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $69.97 | $47,836.33 |
| 12/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $71.09 | $47,765.24 |

Page Subtotals:  $50,000.00   $2,234.76

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 10-30952 | Trustee Name: DREW M. DILLWORTH, TRUSTEE | Exhibit 9 |
| Case Name: JCT FINANCIAL LLC | Bank Name: BOK Financial | |
| | Account Number/CD#: XXXXXX3699 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX1197 | Blanket Bond (per case limit): $135,654,000.00 | |
| For Period Ending: 05/22/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $70.99 | $47,694.25 |
| 02/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $64.02 | $47,630.23 |
| 03/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $70.79 | $47,559.44 |
| 04/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $68.40 | $47,491.04 |
| 05/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $70.58 | $47,420.46 |
| 06/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $68.20 | $47,352.26 |
| 07/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $70.37 | $47,281.89 |
| 08/29/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $70.27 | $47,211.62 |
| 09/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $67.90 | $47,143.72 |
| 10/09/14 | 5 | MEDMARC CASUALTY INSURANCE CO. 14280 Park Meadow Dr.Suite 300Chantilly, VA 20151-2219 | Order dated 10/6/14 ECF 54 | 1249-000 | $400,000.00 | | $447,143.72 |
| 10/16/14 | 3002 | MCMAHON, ESQ., PAUL J. 2840 SW 3 Ave.Miami, FL 33129 | Order dated 10/6/14 ECF 54 | 3220-610 | | $1,969.12 | $445,174.60 |
| 10/16/14 | 3003 | MCMAHON, ESQ., PAUL J. 2840 SW 3 Ave.Miami, FL 33129 | Order dated 10/6/14 ECF 54 | 3210-000 | | $66,666.66 | $378,507.94 |
| 10/16/14 | 3004 | KOZYAK TROPIN & THROCKMORTON, LLP 2525 Ponce De Leon Blvd.9th FloorMiami, FL 33134 | Order dated 10/6/014 ECF 54 | 3220-610 | | $2,203.54 | $376,304.40 |
| 10/16/14 | 3005 | KOZYAK TROPIN & THROCKMORTON, LLP 2525 Ponce De Leon Blvd.9th FloorMiami, FL 33134 | Order dated 10/6/014 ECF 54 | 3210-000 | | $66,666.67 | $309,637.73 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $291.66 | $309,346.07 |

| | | | Page Subtotals: | | $400,000.00 | $138,419.17 | |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-30952                                                                          Trustee Name: DREW M. DILLWORTH, TRUSTEE          Exhibit 9
Case Name: JCT FINANCIAL LLC                                                 Bank Name: BOK Financial
                                                                                                  Account Number/CD#: XXXXXX3699
                                                                                                  Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX1197                                                    Blanket Bond (per case limit): $135,654,000.00
For Period Ending: 05/22/2017                                                 Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $444.94 | $308,901.13 |
| 12/17/14 | 3006 | KAPILAMUKAMAL 1000 S. Federal Hwy#200Ft. Lauderdale, FL 33316 | Order dated 12/4/14 ECF 65 | 3410-000 | | $14,387.84 | $294,513.29 |
| 12/17/14 | 3007 | KAPILAMUKAMAL 1000 S. Federal Hwy#200Ft. Lauderdale, FL 33316 | Order dated 12/4/14 ECF 65 | 3420-000 | | $237.08 | $294,276.21 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $452.80 | $293,823.41 |
| 01/21/15 | 3008 | KAPILAMUKAMAL 1000 S. Federal Hwy#200Ft. Lauderdale, FL 33316 | Order dated 1/16/15 ECF 69 | 3410-000 | | $101,921.12 | $191,902.29 |
| 01/21/15 | 3009 | KAPILAMUKAMAL 1000 S. Federal Hwy#200Ft. Lauderdale, FL 33316 | Order dated 1/16/15 ECF 69 | 3420-000 | | $3,894.38 | $188,007.91 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $411.34 | $187,596.57 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $251.84 | $187,344.73 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $278.45 | $187,066.28 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $269.06 | $186,797.22 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $277.63 | $186,519.59 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $268.28 | $186,251.31 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $276.82 | $185,974.49 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $276.41 | $185,698.08 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $267.09 | $185,430.99 |
| 10/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $275.60 | $185,155.39 |

Page Subtotals:                                                                                                  $0.00          $124,190.68

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  10-30952
Case Name: JCT FINANCIAL LLC

Trustee Name: DREW M. DILLWORTH, TRUSTEE
Bank Name: BOK Financial
Account Number/CD#: XXXXXX3699
Checking Account (Non-Interest Earn

Exhibit 9

Taxpayer ID No: XX-XXX1197
For Period Ending: 05/22/2017

Blanket Bond (per case limit): $135,654,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $266.31 | $184,889.08 |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $274.80 | $184,614.28 |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $273.64 | $184,340.64 |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $255.60 | $184,085.04 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $272.85 | $183,812.19 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $263.66 | $183,548.53 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $272.06 | $183,276.47 |
| 06/17/16 | 5 | JCT-Grenada Funding, LLC 525 S. Flagler Dr. Ste 100 West Palm Beach, FL 33401 | Order dated 5/31/16 ECF 94 | 1249-000 | $1,900,000.00 | | $2,083,276.47 |
| 06/22/16 | 3011 | MCMAHON, ESQ., PAUL J. The Wiseheart Building 2840 SW Third Ave.Miami, FL 33129 | Order dated 5/31/16 EF 94 Reversal Incorrect amount. Was supposed to be for expenses. | 3991-000 | | ($320,907.72) | $2,404,184.19 |
| 06/22/16 | 3013 | KOZYAK TROPIN & THROCKMORTON, LLP 2525 Ponce De Leon Blvd.9th FloorMiami, FL 33134 | Order dated 5/31/16 ECF 94 Reversal Incorrect amount. Copied incorrectly. | 3220-000 | | ($66,666.67) | $2,470,850.86 |
| 06/22/16 | 3010 | MCMAHON, ESQ., PAUL J. The Wiseheart Building 2840 SW Third Ave.Miami, FL 33129 | Order dated 5/31/16 EF 94 | 3991-000 | | $320,907.72 | $2,149,943.14 |
| 06/22/16 | 3011 | MCMAHON, ESQ., PAUL J. The Wiseheart Building 2840 SW Third Ave.Miami, FL 33129 | Order dated 5/31/16 EF 94 | 3991-000 | | $320,907.72 | $1,829,035.42 |

Page Subtotals:                $1,900,000.00        $256,119.97

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  10-30952

Case Name:  JCT FINANCIAL LLC

Taxpayer ID No:  XX-XXX1197

For Period Ending:  05/22/2017

Trustee Name:  DREW M. DILLWORTH, TRUSTEE

Bank Name:  BOK Financial

Account Number/CD#:  XXXXXX3699

Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $135,654,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/22/16 | 3012 | MCMAHON, ESQ., PAUL J. The Wiseheart Building 2840 SW Third Ave.Miami, FL 33129 | Order dated 5/31/16 EF 94 | 3220-000 | | $4,241.06 | $1,824,794.36 |
| 06/22/16 | 3013 | KOZYAK TROPIN & THROCKMORTON, LLP 2525 Ponce De Leon Blvd.9th FloorMiami, FL 33134 | Order dated 5/31/16 ECF 94 | 3220-000 | | $66,666.67 | $1,758,127.69 |
| 06/22/16 | 3014 | KOZYAK TROPIN & THROCKMORTON, LLP 2525 Ponce De Leon Blvd.9th FloorMiami, FL 33134 | Order dated 5/3/16 ECF 94 | 3210-000 | | $356,736.53 | $1,401,391.16 |
| 06/22/16 | 3015 | KOZYAK TROPIN & THROCKMORTON, LLP 2525 Ponce De Leon Blvd.9th FloorMiami, FL 33134 | Order dated 5/3/16 ECF 94 | 3220-000 | | $40,069.86 | $1,361,321.30 |
| 06/23/16 | 3010 | MCMAHON, ESQ., PAUL J. The Wiseheart Building 2840 SW Third Ave.Miami, FL 33129 | Order dated 5/31/16 EF 94 Reversal Check was issued for the incorrect amount. Was supposed to be issued for $316,666.66 | 3991-000 | | ($320,907.72) | $1,682,229.02 |
| 06/23/16 | 3014 | KOZYAK TROPIN & THROCKMORTON, LLP 2525 Ponce De Leon Blvd.9th FloorMiami, FL 33134 | Order dated 5/3/16 ECF 94 Reversal Check was issued for the incorrect amount. Was supposed to be issued for $316.666.67. | 3210-000 | | ($356,736.53) | $2,038,965.55 |
| 06/23/16 | 3016 | Kozyak Tropin & Throckmorton, LLP 2525 Ponce De Leon Blvd. 9th Floor Coral Gables, FL 33134 | Order dated 5/31/16 ECF 94 | 3210-000 | | $316,666.67 | $1,722,298.88 |
| 06/23/16 | 3017 | Paul J. McMahon, Esq. The Wiseheart Building 2840 SW Third Ave. Miami, FL 33129 | Order dated 5/3/16 ECF 94 | 3210-000 | | $316,666.66 | $1,405,632.22 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $840.08 | $1,404,792.14 |

Page Subtotals:                                    $0.00          $424,243.28

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-30952
Case Name: JCT FINANCIAL LLC

Trustee Name: DREW M. DILLWORTH, TRUSTEE
Bank Name: BOK Financial
Account Number/CD#: XXXXXX3699
Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX1197
For Period Ending: 05/22/2017

Blanket Bond (per case limit): $135,654,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $2,082.23 | $1,402,709.91 |
| 10/17/16 | 3031 | HECTOR OSWALDO MUNOZ TERAN a/o Elsie Lopez de Munoz Noruega 117 y 6 de Diciembre Edf. Noruega, 4to Piso Quito Pichincha, Ecuador | Final distribution to claim 6 representing a payment of 23.17 % per court order. Reversal Payee address is incorrect. See amended claim 6-2 | 7100-000 | | ($221,606.08) | $1,624,315.99 |
| 10/17/16 | 3018 | DREW M. DILLWORTH 150 W. FLAGLER STREET MIAMI, FL  33130 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $93,750.00 | $1,530,565.99 |
| 10/17/16 | 3019 | DREW M. DILLWORTH 150 W. FLAGLER STREET MIAMI, FL  33130 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $534.89 | $1,530,031.10 |
| 10/17/16 | 3020 | Paul McMahon Trust Account | Final distribution representing a payment of 100.00 % per court order. | 2990-000 | | $16,392.06 | $1,513,639.04 |
| 10/17/16 | 3021 | Paul McMahon Trust Account | Final distribution representing a payment of 100.00 % per court order. | 2990-000 | | $27,490.25 | $1,486,148.79 |
| 10/17/16 | 3022 | STEARNS WEAVER MILLER ET. AL. c/o Drew M. Dillworth, Esq. 150 West Flagler Street Suite 2200 Miami, Florida  33130 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $61,150.50 | $1,424,998.29 |
| 10/17/16 | 3023 | STEARNS WEAVER MILLER ET. AL. c/o Drew M. Dillworth, Esq. 150 West Flagler Street Suite 2200 Miami, Florida  33130 | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $968.05 | $1,424,030.24 |
| 10/17/16 | 3024 | KAPILA & COMPANY c/o Soneet Kapila 1000 South Federal Hwy Suite 200 Ft. Lauderdale, FL  33316 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $25,480.28 | $1,398,549.96 |

| | | | Page Subtotals: | | $0.00 | $6,242.18 | |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-30952

Case Name: JCT FINANCIAL LLC

Taxpayer ID No: XX-XXX1197

For Period Ending: 05/22/2017

Trustee Name: DREW M. DILLWORTH, TRUSTEE

Bank Name: BOK Financial

Account Number/CD#: XXXXXX3699

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $135,654,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/17/16 | 3025 | KAPILA MUKAMAL ATTN: Soneet Kapila 1000 South Federal Highway, #200 Fort Lauderdale, FL  33316 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $337,304.16 | $1,061,245.80 |
| 10/17/16 | 3026 | KAPILA MUKAMAL ATTN: Soneet Kapila 1000 South Federal Highway, #200 Fort Lauderdale, FL  33316 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $1,443.75 | $1,059,802.05 |
| 10/17/16 | 3027 | FAUSTO H. SANCHEZ c/o Paul J. McMahon, Esq. 2840 S.W. Third Ave. Miami, FL  33129 | Final distribution to claim 2 representing a payment of 23.17 % per court order. | 7100-000 | | $66,386.64 | $993,415.41 |
| 10/17/16 | 3028 | HECTOR SAN ANDRES OR PATRICIA DE, I Westwood Capital Markets, Republic of Pa Edificio Plaza Credicorp Piso 27 Oficina | Final distribution to claim 3 representing a payment of 23.17 % per court order. | 7100-000 | | $23,171.60 | $970,243.81 |
| 10/17/16 | 3029 | WESTWOOD CAPITAL MARKETS Panama, Republic of Panama Edificio Plaza Credicorp Piso 27 Oficina 2701 | Final distribution to claim 4 representing a payment of 23.17 % per court order. | 7100-000 | | $129,842.18 | $840,401.63 |
| 10/17/16 | 3030 | CESAR E. ROMAN G. & GERMANIA LOPEZ Avenida Gonzalez Suarez No.28-18 y San Ignacio Edificio Olympus Uno Departamento No. 502 Quito, Eucuador | Final distribution to claim 5 representing a payment of 23.17 % per court order. | 7100-000 | | $23,171.60 | $817,230.03 |
| 10/17/16 | 3031 | HECTOR OSWALDO MUNOZ TERAN a/o Elsie Lopez de Munoz Noruega 117 y 6 de Diciembre Edf. Noruega, 4to Piso Quito Pichincha, Ecuador | Final distribution to claim 6 representing a payment of 23.17 % per court order. | 7100-000 | | $221,606.08 | $595,623.95 |
| 10/17/16 | 3032 | ANDRES SCHMIDT Consulado De Noreuega Todos Los Santos No. 106 Y Malecon Des Salado (Urdesa) Guayaquil, Ecuador | Final distribution to claim 7 representing a payment of 23.17 % per court order. | 7100-000 | | $57,929.01 | $537,694.94 |

Page Subtotals:     $0.00     $860,855.02

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-30952                                                                    Trustee Name: DREW M. DILLWORTH, TRUSTEE          Exhibit 9
Case Name: JCT FINANCIAL LLC                                         Bank Name: BOK Financial
                                                                                              Account Number/CD#: XXXXXX3699
                                                                                              Checking Account (Non-Interest Earn
Taxpayer ID No: XX-XXX1197                                          Blanket Bond (per case limit): $135,654,000.00
For Period Ending: 05/22/2017                                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/17/16 | 3033 | ARTEMIO VALENCIA DELGADO<br>Cdla. Alborada 7ma. Etapa, Mz.707<br>Villa No. 1<br>Guayaquil<br>Ecuador, NA | Final distribution to claim 8 representing a payment of 23.17 % per court order. | 7100-000 | | $2,317.16 | $535,377.78 |
| 10/17/16 | 3034 | ARTEMIO VALENCIA DELGADO<br>Cdla. Alborada 7ma. Etapa, Mz.707<br>Villa No. 1<br>Guayaquil<br>Ecuador, NA | Final distribution to claim 9 representing a payment of 23.17 % per court order. | 7100-000 | | $1,622.01 | $533,755.77 |
| 10/17/16 | 3035 | ARTEMIO VALENCIA DELGADO<br>Cdla. Alborada 7ma. Etapa, Mz.707<br>Villa No. 1<br>Guayaquil<br>Ecuador, NA | Final distribution to claim 10 representing a payment of 23.17 % per court order. | 7100-000 | | $1,853.73 | $531,902.04 |
| 10/17/16 | 3036 | GILMORE DEVELOPMENT, INC<br>C/O Morgan & Morgan<br>Attn: Fernando Boyd<br>MMG Tower, 23rd Floor<br>Ave. Paseo del Mar<br>Costa del Este<br>Panama City, Republic of Panama | Final distribution to claim 12 representing a payment of 23.17 % per court order. | 7100-000 | | $34,757.41 | $497,144.63 |
| 10/17/16 | 3037 | GEMSTAR INTERNATIONAL, INC.<br>C/O Morgan & Morgan<br>Attn: Fernando Boyd<br>MMG Tower, 23rd Floor<br>Ave. Paseo del Mar<br>Costa del Este<br>Panama City, Republic of Panama | Final distribution to claim 13 representing a payment of 23.17 % per court order. | 7100-000 | | $23,171.60 | $473,973.03 |
| 10/17/16 | 3038 | EMILIO GINATTA HIGGINS<br>Av. V.E. Estrada 419<br>Guayaquil<br>Ecuador, NA | Final distribution to claim 14 representing a payment of 23.17 % per court order. | 7100-000 | | $20,854.44 | $453,118.59 |
| 10/17/16 | 3039 | KENIA COBE A DE CEVALLOS<br>Av. Cesar Ruperti y Calle Espa a<br>Bahia de Caraquez<br>Ecuador, NA | Remit to Court | 7100-001 | | $11,585.80 | $441,532.79 |

Page Subtotals:                    $0.00          $96,162.15

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-30952                                                                                    Trustee Name: DREW M. DILLWORTH, TRUSTEE                    Exhibit 9
Case Name: JCT FINANCIAL LLC                                                              Bank Name: BOK Financial
                                                                                                              Account Number/CD#: XXXXXX3699
                                                                                                              Checking Account (Non-Interest Earn
Taxpayer ID No: XX-XXX1197                                                                  Blanket Bond (per case limit): $135,654,000.00
For Period Ending: 05/22/2017                                                                Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/17/16 | 3040 | KENIA COBENA DE CEVALLOS & Nestor A Cevallos Av Cesar Ruperti y Calle Espana Leonidas Plaza, Bahia de Caraquez Manabi, Ecuador | Remit to Court | 7100-001 | | $12,540.84 | $428,991.95 |
| 10/17/16 | 3041 | JAIME PEREZ AZUA Colinas de los Ceibos Ave. 1ra. No.309 y Calle 7ma Guayaquil, Ecuador | Final distribution to claim 19 representing a payment of 23.17 % per court order. | 7100-000 | | $5,792.90 | $423,199.05 |
| 10/17/16 | 3042 | JAIME CORDERO ARAUJO AND Rita Almeida de Cordero c/o Gonzalo Noboa Baquerizo Junin #105-Malecon Simon Bolivar, "Vista al Rio" Guayaquil Ecuador, NA | Final distribution to claim 20 representing a payment of 23.17 % per court order. | 7100-000 | | $32,440.25 | $390,758.80 |
| 10/17/16 | 3043 | TOMAS CORDERO ARAUJO AND Veronica Cordero Isch c/o Gonzalo Noboa Baquerizo Junin #105 malecon Simon Bolivar, "Vista al Rio" Guayaquil Ecuador, NA | Final distribution to claim 21 representing a payment of 23.17 % per court order. | 7100-000 | | $53,294.69 | $337,464.11 |
| 10/17/16 | 3044 | MAURICIO J. CEBALLOS ESCALA Alicia V. De Ceballos c/o Gonzalo Noboa Baquerizo Junin # 105-Malecon Simon Bolivar "Vista al Rio" Guayaquil Equador, NA | Final distribution to claim 22 representing a payment of 23.17 % per court order. | 7100-000 | | $115,858.03 | $221,606.08 |
| 10/17/16 | 3045 | MARIA DE LOURDES MUNOZ LOPEZ c/o Patricia Marchan Cordovez Nobao, Pena &Torres, Abogados (Ecuador) Junin 105 Y Malecon | Final distribution to claim 6 representing a payment of 23.17 % per court order. | 7100-000 | | $221,606.08 | $0.00 |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-30952
Case Name: JCT FINANCIAL LLC

Trustee Name: DREW M. DILLWORTH, TRUSTEE
Bank Name: BOK Financial
Account Number/CD#: XXXXXX3699
Checking Account (Non-Interest Earn

Exhibit 9

Taxpayer ID No: XX-XXX1197
For Period Ending: 05/22/2017

Blanket Bond (per case limit): $135,654,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/16 | 3030 | CESAR E. ROMAN G. & GERMANIA LOPEZ<br>Avenida Gonzalez Suarez No.28-18 y San Ignacio<br>Edificio Olympus Uno<br>Departamento No. 502<br>Quito, Eucuador | Final distribution to claim 5 representing a payment of 23.17 % per court order.<br>Reversal | 7100-000 | | ($23,171.60) | $23,171.60 |
| 12/06/16 | 3038 | EMILIO GINATTA HIGGINS<br>Av. V.E. Estrada 419<br>Guayaquil<br>Ecuador, NA | Final distribution to claim 14 representing a payment of 23.17 % per court order.<br>Reversal | 7100-000 | | ($20,854.44) | $44,026.04 |
| 12/06/16 | 3042 | JAIME CORDERO ARAUJO AND<br>Rita Almeida de Cordero<br>c/o Gonzalo Noboa Baquerizo<br>Junin #105-Malecon Simon Bolivar, "Vista al Rio"<br>Guayaquil<br>Ecuador, NA | Final distribution to claim 20 representing a payment of 23.17 % per court order.<br>Reversal | 7100-000 | | ($32,440.25) | $76,466.29 |
| 12/06/16 | 3043 | TOMAS CORDERO ARAUJO AND<br>Veronica Cordero Isch<br>c/o Gonzalo Noboa Baquerizo<br>Junin #105 malecon Simon Bolivar, "Vista al Rio"<br>Guayaquil<br>Ecuador, NA | Final distribution to claim 21 representing a payment of 23.17 % per court order.<br>Reversal | 7100-000 | | ($53,294.69) | $129,760.98 |
| 12/06/16 | 3044 | MAURICIO J. CEBALLOS ESCALA<br>Alicia V. De Ceballos<br>c/o Gonzalo Noboa Baquerizo<br>Junin # 105-Malecon Simon Bolivar "Vista al Rio"<br>Guayaquil<br>Equador, NA | Final distribution to claim 22 representing a payment of 23.17 % per court order.<br>Reversal | 7100-000 | | ($115,858.03) | $245,619.01 |
| 12/06/16 | 3045 | MARIA DE LOURDES MUNOZ LOPEZ<br>c/o Patricia Marchan Cordovez<br>Nobao, Pena &Torres, Abogados (Ecuador)<br>Junin 105 Y Malecon | Final distribution to claim 6 representing a payment of 23.17 % per court order.<br>Reversal | 7100-000 | | ($221,606.08) | $467,225.09 |

Page Subtotals:                    $0.00       ($467,225.09)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-30952

Case Name: JCT FINANCIAL LLC

Taxpayer ID No: XX-XXX1197

For Period Ending: 05/22/2017

Trustee Name: DREW M. DILLWORTH, TRUSTEE

Bank Name: BOK Financial

Account Number/CD#: XXXXXX3699

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $135,654,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/16 | 3046 | MARIA DE LOURDES MUNOZ LOPEZ c/o Patricia Marchan Cordovaz Nobao, Pena, Torres, Abogados (Ecuador) Junin 105 Y Malecon | Final distribution to claim 6 representing a payment of 23.17 % per court order. | 7100-000 | | $221,606.08 | $245,619.01 |
| 12/07/16 | 3047 | CESAR E. ROMAN G. & GERMANIA LOPEZ Avenida Gonzalez Suarez No.28-18 y San Ignacio Edificio Olympus Uno Departamento No. 502 Quito, Enucador | Final distribution to claim 5 representing a payment of 23.17 % per court order. | 7100-000 | | $23,171.60 | $222,447.41 |
| 12/07/16 | 3048 | EMILIO GINATTA HIGGINS Av. V.E. Estrada 419 Guayaquil Ecuador, NA | Final distribution to claim 14 representing a payment of 23.17 % per court order. | 7100-000 | | $20,854.44 | $201,592.97 |
| 12/07/16 | 3049 | MAURICIO J. CEBALLOS ESCALA Alicia V. De Ceballos c/o Gonzalo Noboa Baquerizo Junin #105-Malecon Simon Bolivar "Vista al Rio" Guayaquil Ecuador, NA | Final distribution to claim 22 representing a payment of 23.17 % per court order. | 7100-000 | | $115,858.03 | $85,734.94 |
| 12/07/16 | 3050 | JAIME CORDERO ARAUJO AND Rita Almeida de Cordero c/o Gonzalo Noboa Baquerizo Junin #105-Malecon Simon Bolivar "Vista al Rio" Guayaquil Ecuador, NA | Final distribution to claim 20 representing a payment of 23.17 % per court order. | 7100-000 | | $32,440.25 | $53,294.69 |
| 12/07/16 | 3051 | TOMAS CORDERO ARAUJO AND Veronica cordero Isch c/o Gonzalo Noboa Baquerizo Junin #105-Malecon Simon Bolivar "Vista al Rio" Guayaquil Ecuador, NA | Final distribution to claim 21 representing a payment of 23.17 % per court order. | 7100-000 | | $53,294.69 | $0.00 |

Page Subtotals:                     $0.00          $467,225.09

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-30952

Case Name: JCT FINANCIAL LLC

Taxpayer ID No: XX-XXX1197

For Period Ending: 05/22/2017

Trustee Name: DREW M. DILLWORTH, TRUSTEE

Bank Name: BOK Financial

Account Number/CD#: XXXXXX3699

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $135,654,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/02/17 | 3028 | HECTOR SAN ANDRES OR PATRICIA DE, I<br>Westwood Capital Markets, Republic of Pa<br>Edificio Plaza Credicorp Piso 27 Oficina | Final distribution to claim 3 representing a payment of 23.17 % per court order. Reversal | 7100-000 | | ($23,171.60) | $23,171.60 |
| 02/02/17 | 3029 | WESTWOOD CAPITAL MARKETS<br>Panama, Republic of Panama<br>Edificio Plaza<br>Credicorp Piso 27 Oficina 2701 | Final distribution to claim 4 representing a payment of 23.17 % per court order. Reversal | 7100-000 | | ($129,842.18) | $153,013.78 |
| 02/02/17 | 3039 | KENIA COBE A DE CEVALLOS<br>Av. Cesar Ruperti y Calle Espa a<br>Bahia de Caraquez<br>Ecuador, NA | Remit to Court | 7100-001 | | ($11,585.80) | $164,599.58 |
| 02/02/17 | 3040 | KENIA COBENA DE CEVALLOS & Nestor A Cevallos<br>Av Cesar Ruperti y Calle Espana<br>Leonidas Plaza, Bahia de Caraquez<br>Manabi, Ecuador | Remit to Court | 7100-001 | | ($12,540.84) | $177,140.42 |
| 02/06/17 | 3052 | WESTWOOD CAPITAL MARKETS<br>Panama, Republic of Panama<br>Edificio Plaza<br>Credicorp Piso 27 Oficina 2701 | Final distribution to claim 4 representing a payment of 23.17 % per court order. Reversal | 7100-000 | | $129,842.18 | $47,298.24 |
| 02/06/17 | 3053 | HECTOR SAN ANDRES OR PATRICIA DE, I<br>Westwood Capital Markets, Republic of Panama<br>Edificio Plaza Credicorp Piso 27 Oficina | Final distribution to claim 3 representing a payment of 23.17 % per court order. | 7100-000 | | $23,171.60 | $24,126.64 |
| 02/06/17 | 3054 | Clerk, U.S. Bankruptcy Court | Remit To Court | | | $24,126.64 | $0.00 |
| | | KENIA COBENA DE CEVALLOS & | Final distribution to claim 18            ($12,540.84) representing a payment of 23.17 % per court order. | 7100-001 | | | |
| | | KENIA COBE A DE CEVALLOS | Final distribution to claim 15            ($11,585.80) representing a payment of 23.17 % per court order. | 7100-001 | | | |

COLUMN TOTALS                    $2,350,000.00        $2,350,000.00

Page Subtotals:                    $0.00                $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

Exhibit 9

| | | |
|---|---|---|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,350,000.00 | $2,350,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,350,000.00 | $2,350,000.00 |

Page Subtotals:                         $0.00                $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3699 - Checking Account (Non-Interest Earn | $2,350,000.00 | $2,350,000.00 | $0.00 |
|  | $2,350,000.00 | $2,350,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,350,000.00 |
| Total Gross Receipts: | $2,350,000.00 |

Page Subtotals:                                                          $0.00              $0.00